NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1030
(Serial No. 10/202,703)

IN RE WILLIAM B. KORB, BRIAN K. DOUGLAS, and MARCELLO OLIVEIRA

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of the appellants' unopposed motion for a 28-day extension of time, until March 12, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 1 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mark D. Giarratana, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2010

JAN HORBALY
CLERK